UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ACCO BRANDS USA LLC dba KENSINGTON TECHNOLOGY GROUP,<br><br>    Plaintiff,<br><br>vs.<br><br>PC GUARDIAN ANTI-THEFT PRODUCTS, INC., ET AL.,<br><br>    Defendant. | Case No. 06 CV 7102<br><br>**DECLARATION OF DEANNA KEYSOR IN SUPPORT OF PLAINTIFF ACCO BRANDS USA LLC'S OPPOSITION TO DEFENDANT PC GUARDIAN'S MOTION FOR SUMMARY JUDGMENT OF UNENFORCEABILITY FOR INEQUITABLE CONDUCT** |

    I am an attorney at law duly authorized to practice before all courts in the state of Illinois and I am an associate at the law firm of Howrey LLP, counsel for plaintiff ACCO Brands, Inc. dba Kensington Technology Group in this action. The following declaration is based on my personal knowledge. If called upon to testify, I could and would competently testify as to the matters set forth below.

    1.    Attached as Exhibit 1 is a true and correct copy of U.S. Patent No. 6,553,794 B1.

    2.    Attached as Exhibit 2 is a true and correct copy of U.S. Patent No. 7,100,403 B2.

    3.    Attached as Exhibit 3 is a true and correct copy of U.S. Patent No. 7,121,125 B2.

    4.    Attached as Exhibit 4 is a true and correct copy of excerpts from the File History of U.S. Patent No. 7,100,403 B2.

    5.    Attached as Exhibit 5 is a true and correct copy of excerpts from the File History of U.S. Patent No. 7,121,125 B2.

    6.    Attached as Exhibit 6 is a true and correct copy of PC Guardian's Notice of Motion and Motion for Leave to Amend Its Preliminary Invalidity Contentions.

7. Attached as Exhibit 7 is a true and correct copy of the Declaration of Elizabeth A. Tedesco In Support of PC Guardian's Motion for Leave to Amend Its Preliminary Invalidity Contentions.

8. Attached as Exhibit 8 is a true and correct copy of Excerpts from the Prosecution History of U.S. Patent No. 6,553,794 B1

9. Attached as Exhibit 9 is a true and correct copy of the Reexamination Certificate for U.S. Patent No. 6,553,794 B1.

10. Attached as Exhibit 10 is a true and correct copy of excerpts from the deposition of Janet Dulsky, July 17, 2008.

11. Attached as Exhibit 11 is a true and correct copy of excerpts from the deposition of Stewart Carl, April 15, 2008.

12. Attached as Exhibit 12 is a true and correct copy of excerpts from the deposition of Arthur Zarnowitz, April 15, 2008.

13. Attached as Exhibit 13 is a true and correct copy of excerpts from the deposition of Noah Groth, August 28, 2008.

14. Attached as Exhibit 14 is a true and correct copy of excerpts from the deposition of William Murray, April 14, 2008.

15. Attached as Exhibit 15 is a true and correct copy of a Kensignton Brochure for the Apple Security System.

16. Attached as Exhibit 16 is a true and correct copy of the Rebuttal Expert Report of David A. Dornfeld, Ph.D., to Expert Report of Steven A. Velinsky Regarding Validity of U.S. Patent. Nos. 7,100,403 and 7,121,125.

17. Attached as Exhibit 17 is a true and correct copy of U.S. Patent No. 5,082,232 to Wilson.

18. Attached as Exhibit 18 is a true and correct copy of "Secure-It Catalog, 1990."

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 19th day of September, 2008 in Chicago, Illinois.

Dated: September 19, 2008          Respectfully submitted,

                                       /s/ Deanna Keysor
                                    Deanna Keysor
                                    HOWREY LLP
                                    321 North Clark Street, Suite 3400
                                    Chicago, IL 60654
                                    keysord@howrey.com
                                    Phone: 312-595-1239

                                    Attorney for ACCO Brands USA, LLC

## CERTIFICATE OF SERVICE

I hereby certify that on September 19, 2008, a copy of the foregoing Declaration of Deanna Keysor in Support of Plaintiff ACCO Brands USA LLC's Opposition to Defendant PC Guardian's Motion for Summary Judgment of Unenforceability for Inequitable Conduct was served to the following attorneys listed below as follows:

**Via CM/ECF and E-Mail:**

James E. Michel
Thomas J. Donovan
Barnes & Thornburg
One North Wacker Drive
Suite 4400
Chicago, IL 60606
jmichel@btlaw.com
tdonovan@btlaw.com

*Attorneys for PC Guardian Anti-Theft Products, Inc.*

Max Moskowitz
Ostrolenk, Faber, Gerb & Soffen
1180 Avenue of the Americas
New York, NY 10036-8403
mmoskowitz@ostrolenk.com

Paul G. Juettner
Gavin J. O'Keefe
Greer, Burns & Crain, Ltd.
300 South Wacker Drive
25th Floor
Chicago, IL 60606
pjuettner@gbclaw.net
gokeefe@gbclaw.net

*Attorneys for Noble Security, Inc., Noble Security Systems, Inc., Office Security Solutions, Inc., Warehouse Etc., Inc. and Guan Gao Ltd. d/b/a Polox Co. Ltd.*

**Via First Class Mail and E-Mail:**

Elizabeth A. Tedesco

DM_US:21490334_1

Michael R. Langer
Owen W. Dukelow
Thomas J. Romano
Kolisch Hartwell, PC
520 SW Yamhill Street
Suite 200
Portland, Oregon 97204
tedesco@khpatent.com
langer@khpatent.com
dukelow@khpatent.com
tromano@khpatent.com

John M. McCormack
Kolisch Hartwell, PC
260 Sheridan Avenue
Suite 200
Palo Alto, CA 94306-2009
john@khpatent.com

*Attorneys for PC Guardian Anti-Theft Products, Inc.*

Cameron Reuber
Ostrolenk, Faber, Gerb & Soffen
1180 Avenue of the Americas
New York, NY 10036-8403
creuber@ostrolenk.com

*Attorney for Noble Security, Inc., Noble Security Systems, Inc., Office Security Solutions, Inc., Warehouse Etc., Inc. and Guan Gao Ltd. d/b/a Polox Co. Ltd.*


       /s/ Deanna Keysor