UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ACCO BRANDS USA LLC dba KENSINGTON TECHNOLOGY GROUP, <br><br> Plaintiff, <br><br> v. <br><br> PC GUARDIAN ANTI-THEFT PRODUCTS, INC., ET AL. <br><br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) Case No. 06 CV 7102 <br><br> Judge James B. Zagel <br><br> Magistrate Judge Arlander Keys |

## PC GUARDIAN'S MOTION FOR SUMMARY JUDGMENT OF INVALIDITY OF U.S. PATENT NO. 7,121,125

Defendant, PC Guardian Anti-Theft Products, Inc. ("PC Guardian"), by its attorneys, pursuant to Federal Rule of Civil Procedure 56(a), moves for summary judgment on Plaintiff, ACCO Brands USA LLC's ("ACCO") Complaint due to ACCO's failure to raise a genuine issue of material fact. In support of this Motion, PC Guardian states as follows:

1. Independent claims 1 and 8 of the '125 patent recite a purportedly novel security device for attaching to a security slot of a particular size (about 3mm x about 7mm), shape (generally rectangular), and location (defined in the wall of a portable electronic device). Dependent claims 2, and 4 through 6, add features to claim 1. However, all these claims of the '125 patent that ACCO has asserted against PC Guardian are invalid as anticipated, obvious, indefinite, and for adding and claiming new matter.

2. First, ACCO through its Kensington division sold a product, the Kensington Apple Security System (KASS), used to secure the prior art Macintosh Portable computer against theft. All the lock features in claim 1 are taught by KASS. Moreover, all the slot features recited in claim 1 of the '794 patent are taught by, or are *per se* obvious over, a generally rectangular about 3.3mm x 8.25mm slot located on that Macintosh Portable. The two together disclose every element of claims 1, 3-6, and 8, therefore rendering those claims invalid as anticipated.

3.      Second, the asserted claims are also invalid as obvious, as they are no more than a combination of known elements yielding predictable results. The claims are obvious over Rimanek, which discloses an anti-theft lock and cable system that attaches to a security slot on a surfboard in view of the Macintosh Portable slot. Modifying the Rimanek security slot in view of the Macintosh Portable slot is straightforward, and arrives at every limitation of the asserted claims. Likewise, modifying the slot in Jacobi, which is a lock for securing the doors of an electronic device (refrigerator), in view of the Macintosh Portable slot is also straightforward, and renders the '125 claims obvious.

4.      Third, the claim term "about 3mm x about 7mm" renders the asserted claims indefinite. Nothing in the specification or prosecution history explains what range is covered by "about 3mm x about 7mm," or to delineate what values (if any) between 3mm x 7mm and 3.3mm x 8.25mm (the Macintosh Portable slot dimensions) are covered by the claim. Because one skilled in the art cannot determine the precise measurements for making a slot that avoids infringement of an "about 3mm x about 7mm" slot, that term renders the asserted claims indefinite.

5.      Lastly, ACCO added the term "inhibiting member" to the '125 specification in 2003, over 10 years after filing the original patent application in 1992. ACCO now impermissibly tries to claim that new matter in claims 1 ("retractable inhibiting member") and 8 ("inhibiting member"), rendering those claims invalid.

6.      As discussed in detail in PC Guardian's supporting Memorandum (filed herewith), and as supported by PC Guardian's Local Rule 56 Statement of Undisputed Facts (also filed herewith), PC Guardian is entitled to summary judgment of invalidity against the asserted claims of the '125 patent.

WHEREFORE, PC Guardian respectfully requests that the Court grant its Motion for Summary Judgment of Invalidity, rendering the '125 patent invalid.

Dated: November 19, 2008    Respectfully submitted,

By: /s/ Thomas J. Donovan
Thomas J. Donovan
James E. Michel
Barnes & Thornburg LLP
One North Wacker, Suite 4400
Chicago, Illinois 60606-2809
(312) 357-1313
(312) 759-5646 (facsimile)

/s/ John M. McCormack
John M. McCormack
Kolisch Hartwell, P.C.
260 Sheridan Avenue, Suite 200
Palo Alto, California 94306-2009
Telephone: (650) 325-8673

Attorneys for Defendant, PC Guardian Anti-Theft Products, Inc.

**CERTIFICATE OF SERVICE**

I hereby certify that on November 19, 2008, I caused a true and correct copy of PC GUARDIAN'S MOTION FOR SUMMARY JUDGMENT OF INVALIDITY OF U.S. PATENT NO. 7,121,125 to be served on the following:

**VIA EMAIL**

Robert Unikel
Deanna Keysor
Howrey, LLP
321 North Clark Street, Suite 3400
Chicago, IL 60610
unikelr@howrey.com
keysord@howrey.com

Daniel J. Vaccaro
Jonathan H. Margolies
Michael Best & Friedrich LLP
100 E. Wisconsin Avenue, Suite 3300
Milwaukee, Wisconsin 53202
djvaccaro@michaelbest.com
jhmargolies@michaelbest.com

Jolanda B. Krawczyk
Michael Best & Friedrich LLP
180 North Stetson Avenue, Suite 2000
Chicago, Illinois 60601
jbkrawczyk@micaelbest.com

    Attorneys for ACCO Brands, Inc., dba Kensington Technology Group

Paul G. Juettner
Greer, Burns & Crain, Ltd.
300 South Wacker Drive, 25th Floor
Chicago, Illinois 60606
pjuettner@gbclaw.net
cmcgeehan@gbclaw.net

    Attorneys for Defendants Noble Locks Enterprises, Inc.; Warehouse Etc., Inc.; SecuComputer, Inc.; Guan Gao Company, Ltd.; and Noble Security, Inc.

**VIA EMAIL**

Max Moskowitz
Cameron S. Reuber
Ostrolenk, Faber, Gerb & Soffen
1180 Avenue of the Americas
New York, New York 10036-8403
mmoskowitz@ostrolenk.com
creuber@ostrolenk.com

    Attorneys for Defendants Noble Locks Enterprises, Inc.; Warehouse Etc., Inc.; Office Security, Inc.; and Guan Gao Company Ltd.

Thomas D. Rosenwein
Glickman, Flesch & Rosenwein
230 West Monroe Street, Suite 800
Chicago, Illinois 60606
trosenwein@lawggf.com

Bradley P. Heisler
Heisler & Associates
3017 Douglas Blvd., Suite 300
Roseville, California 95661
forinfo@heislerlaw.com

    Attorneys for Defendant Cyberguys, Inc.

 

/s/ Thomas J. Romano
Thomas J. Romano
KOLISCH HARTWELL, PC
200 Pacific Building
520 S.W. Yamhill Street
Portland, Oregon 97204

Attorneys for PC Guardian Anti-Theft Products, Inc