UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ACCO BRANDS USA LLC dba KENSINGTON TECHNOLOGY GROUP, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Case No. 06 CV 7102 ) |
| PC GUARDIAN ANTI-THEFT PRODUCTS, INC., ET AL. | ) Judge James B. Zagel ) ) Magistrate Judge Arlander Keys ) ) ) |
| Defendants. | ) |

### PC GUARDIAN'S MOTION FOR SUMMARY JUDGMENT OF NONINFRINGEMENT OF U.S. PATENT NOS. 7,100,403 AND 7,121,125 BASED ON PATENT EXHAUSTION

Defendant, PC Guardian Anti-Theft Products, Inc. ("PC Guardian"), by its attorneys, pursuant to Federal Rule of Civil Procedure 56(a), moves for summary judgment on Plaintiff, ACCO Brands USA LLC's ("ACCO") Complaint due to ACCO's failure to raise a genuine issue of material fact. In support of this Motion, PC Guardian states as follows:

1. The undisputed facts establish that Plaintiff ACCO Brands USA LLC d/b/a Kensington Technology Group ("ACCO") exhausted its rights in U.S. Patent Nos. 7,100,403 (the '403 patent) and 7,121,125 (the '125 patent) by authorizing the manufacture and sale of computers having "about 3mm x 7mm" security slots – the feature that substantially embodies the '403 and '125 patents – without restrictions on the use of the slot.

2. All of the claims of the patents-in-suit include the limitation, in some form, of a security slot in a portable electronic device having dimensions of "about 3mm by about 7mm." The undisputed facts show that the "about 3mm x about 7mm" security slot substantially embodies the independent claims of the '403 and '125 patents, as they were construed by the Court, because (a) the claimed slot has no reasonable use other than for practicing the alleged inventions of the independent claims, and (b) the other elements of the independent claims

1

besides the "about 3mm x 7mm" slot are non-inventive. The undisputed facts also establish that Kensington authorized the manufacture and sale of computers that include the Kensington Security Slot - an "about 3mm x about 7mm" security slot - without restrictions on the use of the slot. Accordingly, as a matter of law, computer purchasers cannot be liable for direct infringement of the independent claims (and thus the dependent claims) of the '403 and '125 patents by using a computer security lock in connection with the Kensington Slot, and PC Guardian cannot be liable for indirect infringement for selling such locks.

3. As discussed in detail in PC Guardian's supporting Memorandum (filed herewith), and as supported by PC Guardian's Local Rule 56 Statement of Undisputed Facts (also filed herewith), PC Guardian is entitled to summary judgment on the allegations contained in ACCO's Complaint.

WHEREFORE, PC Guardian respectfully requests that the Court grant its Motion for Summary Judgment of Noninfringement of the '403 and '125 Patents Based on Patent Exhaustion.

Dated: November 19, 2008

Respectfully submitted,

By: /s/ Thomas J. Donovan
Thomas J. Donovan
James E. Michel
Barnes & Thornburg LLP
One North Wacker, Suite 4400
Chicago, Illinois 60606-2809
(312) 357-1313
(312) 759-5646 (facsimile)

/s/ John M. McCormack
John M. McCormack
Kolisch Hartwell, P.C.
260 Sheridan Avenue, Suite 200
Palo Alto, California 94306-2009
Telephone: (650) 325-8673

Attorneys for Defendant, PC Guardian Anti-Theft Products, Inc.

**CERTIFICATE OF SERVICE**

  I hereby certify that on November 19, 2008, I caused a true and correct copy of PC GUARDIAN'S MOTION FOR SUMMARY JUDGMENT OF NONINFRINGEMENT OF U.S. PATENT NOS. 7,100,403 AND 7,121,125 BASED ON PATENT EXHAUSTION to be served on the following:

**VIA EMAIL**

Robert Unikel
Deanna Keysor
Howrey, LLP
321 North Clark Street, Suite 3400
Chicago, IL 60610
unikelr@howrey.com
keysord@howrey.com

Henry C. Bunsow
Howrey, LLP
525 Market Street, Suite 3600
San Francisco, CA 94105-2708
bunsowh@howrey.com

Daniel J. Vaccaro
Jonathan H. Margolies
Monica M. Riederer
Michael Best & Friedrich LLP
100 E. Wisconsin Avenue, Suite 3300
Milwaukee, Wisconsin 53202
djvaccaro@michaelbest.com
jhmargolies@michaelbest.com
mmriederer@michaelbest.com

Jolanda B. Krawczyk
Michael Best & Friedrich LLP
180 North Stetson Avenue, Suite 2000
Chicago, Illinois 60601
jbkrawczyk@micaelbest.com

  Attorneys for ACCO Brands, Inc., dba Kensington Technology Group

**VIA EMAIL**

Paul G. Juettner
Gavin James O'Keefe
Greer, Burns & Crain, Ltd.
300 South Wacker Drive, 25th Floor
Chicago, Illinois 60606
pjuettner@gbclaw.net
gokeefe@gblaw.net

Max Moskowitz
Cameron S. Reuber
Ostrolenk, Faber, Gerb & Soffen
1180 Avenue of the Americas
New York, New York 10036-8403
mmoskowitz@ostrolenk.com
creuber@ostrolenk.com

      Attorneys for Defendants Noble Locks Enterprises, Inc.; Warehouse Etc., Inc.; SecuComputer, Inc.; Office Security, Inc.; and Guan Gao Company, Ltd.; and Noble Security, Inc.

      __/s/  Michael R. Langer_____
      Michael R. Langer
      KOLISCH HARTWELL, PC
      200 Pacific Building
      520 S.W. Yamhill Street
      Portland, Oregon  97204

      Attorneys for PC Guardian Anti-Theft Products, Inc