# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| ACCO BRANDS USA LLC *f/k/a* ACCO BRANDS, INC., ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | |
| SECUCOMPUTER, INC., NOBLE SECURITY SYSTEMS, INC., OFFICE SECURITY SOLUTIONS, INC., INOVETIVE LOCKS, LTD. d/b/a INNOVATIVE LOCKS LTD., PEMANDROS TRADING, LTD., and OFFICE SECURITY, INC., ) ) ) ) ) ) ) ) | |
| Defendants, ) ) | |
| *-And-* ) ) | |
| ACCO BRANDS USA LLC, ) ) | Civ. Action Nos.: 03-01820, 06-07102, 07-00591 |
| Plaintiff, ) ) | |
| v. ) ) | Honorable James B. Zagel<br>Magistrate Judge Arlander Keys |
| PC GUARDIAN ANTI-THEFT PRODUCTS, INC., NOBLE LOCKS ENTERPRISES, INC., WAREHOUSE ETC., INC., JR SALES/MARKETING, LLC *d/b/a* ROYAL LOCKS, MIZ ENGINEERING, LTD., TECH FOR LESS, INC., PHILADELPHIA SECURITY PRODUCTS, INC., DATAMATION SYSTEMS, INC., CYBERGUYS, INC., XTATIX LLC, INOVETIVE LOCKS LTD. *d/b/a* INNOVATIVE LOCKS LTD., PEMANDROS TRADING LTD., and OFFICE SECURITY, INC., ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants, ) ) ) | |

DM_US:21611040_1

|  |  |
|---|---|
| *And* | ) |
|  | ) |
| GUAN GAO COMPANY LTD. *d/b/a* POLOX COMPANY LTD., and NOBLE SECURITY, INC., | ) |
| Plaintiffs/Counterclaim Defendants, | ) |
| v. | ) |
| ACCO BRANDS USA LLC, | ) |
| Defendant/Counterclaim Plaintiff, | ) |
| v. | ) |
| INOVETIVE LOCKS LTD. d/b/a INNOVATIVE LOCKS LTD., PEMANDROS TRADING LTD., OFFICE SECURITY, INC., and MEIR AVGANIM, | ) |
| Counterclaim Defendants. | ) |

**DECLARATION OF DEANNA KEYSOR IN SUPPORT OF PLAINTIFF ACCO BRANDS USA LLC'S MOTION FOR SUMMARY JUDGMENT**

I am an attorney at law duly authorized to practice before all courts in the state of Illinois and I am an associate at the law firm of Howrey LLP, counsel for plaintiff ACCO Brands, Inc. dba Kensington Technology Group in this action. The following declaration is based on my personal knowledge. If called upon to testify, I could and would competently testify as to the matters set forth below.

1. Attached as Exhibit 1 is a true and correct copy of U.S. Patent No. 7,100,403.

2.	Attached as Exhibit 2 is a true and correct copy of U.S. Patent No. 7,121,125.

3.	Attached as Exhibit 3 is a true and correct copy of U.S. Patent No. 5,502,989.

4.	Attached as Exhibit 4 is a true and correct copy of U.S. Patent No. 7,111,479.

5.	Attached as Exhibit 5 is a true and correct copy of U.S. Patent No. 6,553,794.

6.	Attached as Exhibit 6 is a true and correct copy of excerpts from the Reexamination of U.S. Patent No. 6,553,794.

7.	Attached as Exhibit 7 is a true and correct copy of the Reexamination Certificate for U.S. Patent No. 6,553,794.

8.	Attached as Exhibit 8 is a true and correct copy of the Defendant PC Guardian Anti-Theft Products, Inc.'s First Amended Answer to Corrected Second Amended Complaint and Counterclaims.

9.	Attached as Exhibit 9 is a true and correct copy of Defendants Noble Security Systems, Inc. and Office Security Solutions, Inc.'s Answer to Revised Third Amended Complaint.

10.	Attached as Exhibit 10 is a true and correct copy of First Amended Complaint for Declaratory Judgment of Patent Invalidity and Unenforceability, Non-Infringement and Sherman Act Antitrust Violations.

11.	Attached as Exhibit 11 is a true and correct copy of PC Guardian Anti-Theft Product, Inc.'s Supplemental Responses to ACCO Brands USA LLC's Interrogatories (Nos. 1-5).

12.	Attached as Exhibit 12 is a true and correct copy of NELI's Response to ACCO Brands USA LLC's Interrogatories to Defendant Noble Locks Enterprises, Inc. (Nos. 1-6).

13. Attached as Exhibit 13 is a true and correct copy of Polox's Response to ACCO Brands USA LLC's Interrogatories to Defendant Noble Locks Enterprises, Inc. (Nos. 1-6).

14. Attached as Exhibit 14 is a true and correct copy of U.S. Patent No. 5,983,679.

15. Attached as Exhibit 15 is a true and correct copy of U.S. Patent No. 6,321,579.

16. Attached as Exhibit 16 is a true and correct copy of a declaration of Ann Laurenson, 1/14/08.

17. Attached as Exhibit 17 is a true and correct copy of excerpts from the Rule 30(b)(6) Deposition of Ann Laurenson, 5/7/08.

18. Attached as Exhibit 18 is a true and correct copy of excerpts from the Deposition of Noah Groth, 5/8/08.

19. Attached as Exhibit 19 is a true and correct copy of excerpts from the Declaration of Gregg Reyes in Support of PC Guardian's Motion for Summary Judgment of Non-Infringement, 8/17/01.

20. Attached as Exhibit 20 is a true and correct copy of excerpts from the Rule 30(b)(6) Deposition of Ann Laurenson, 2/5/08.

21. Attached as Exhibit 21 is a true and correct copy of excerpts from the Deposition of Richard Harris, 5/9/08.

22. Attached as Exhibit 22 is a true and correct copy of the Deposition of Gregg Reyes, 5/14/08.

23. Attached as Exhibit 23 is a true and correct copy of an e-mail message from Michael Langer to Brian Smith, 11/18/08.

24. Attached as Exhibit 24 is a true and correct copy of PC Guardian instructions regarding accused products.

25.     Attached as Exhibit 25 is a true and correct copy of a Kensington Brochure for the Apple Security System.

26.     Attached as Exhibit 26 is a true and correct copy of October 6, 2008 Report of Daniel J. Lueders.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 19th day of November, 2008 in Chicago, Illinois.

Dated: November 19, 2008                    Respectfully submitted,

                                            _____/s/ Deanna Keysor_____
                                            Deanna Keysor
                                            HOWREY LLP
                                            321 North Clark Street, Suite 3400
                                            Chicago, IL 60654
                                            keysord@howrey.com
                                            Phone: 312-595-1239

                                            Attorney for ACCO Brands USA, LLC

## CERTIFICATE OF SERVICE

I hereby certify that on November 19, 2008, a copy of the foregoing Declaration of Deanna Keysor in Support of Plaintiff ACCO Brands USA LLC's Motion for Summary Judgment was served to the following attorneys listed below as follows:

**Via CM/ECF and E-Mail:**

James E. Michel
Thomas J. Donovan
Barnes & Thornburg
One North Wacker Drive
Suite 4400
Chicago, IL 60606
jmichel@btlaw.com
tdonovan@btlaw.com

*Attorneys for PC Guardian Anti-Theft Products, Inc.*

Max Moskowitz
Ostrolenk, Faber, Gerb & Soffen
1180 Avenue of the Americas
New York, NY 10036-8403
mmoskowitz@ostrolenk.com

Paul G. Juettner
Gavin J. O'Keefe
Greer, Burns & Crain, Ltd.
300 South Wacker Drive
25th Floor
Chicago, IL 60606
pjuettner@gbclaw.net
gokeefe@gbclaw.net

*Attorneys for Noble Security, Inc., Noble Security Systems, Inc., Office Security Solutions, Inc., Warehouse Etc., Inc. and Guan Gao Ltd. d/b/a Polox Co. Ltd.*

**Via First Class Mail and E-Mail:**

Elizabeth A. Tedesco
Michael R. Langer
Owen W. Dukelow

Thomas J. Romano
Kolisch Hartwell, PC
520 SW Yamhill Street
Suite 200
Portland, Oregon 97204
tedesco@khpatent.com
langer@khpatent.com
dukelow@khpatent.com
tromano@khpatent.com

John M. McCormack
Kolisch Hartwell, PC
260 Sheridan Avenue
Suite 200
Palo Alto, CA 94306-2009
john@khpatent.com

*Attorneys for PC Guardian Anti-Theft Products, Inc.*

Cameron Reuber
Ostrolenk, Faber, Gerb & Soffen
1180 Avenue of the Americas
New York, NY 10036-8403
creuber@ostrolenk.com

*Attorney for Noble Security, Inc., Noble Security Systems, Inc., Office Security Solutions, Inc., Warehouse Etc., Inc. and Guan Gao Ltd. d/b/a Polox Co. Ltd.*


      /s/ Deanna Keysor