# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
### Eastern Division

| | |
|---|---|
| ACCO BRANDS USA, LLC<br>f/k/a ACCO BRANDS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>NOBLE SECURITY INC., and<br>GUAN GAO CO., D/B/A POLOX CO., LTD.<br><br>Defendants. | Civil Action Nos.: 03 CV 1820;<br>06-07102, 07-00591<br><br><br>Judge Zagel<br>Magistrate Judge Keys |

### DECLARATION OF MAX MOSKOWITZ IN SUPPORT OF NSI'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON INVALIDITY

I, MAX MOSKOWITZ, hereby declare as follows:

1. I am a partner with the law firm of Ostrolenk, Faber, Gerb & Soffen, LLP ("Ostrolenk"), attorneys for Plaintiffs/Counterclaim Defendants Noble Security, Inc. ("NSI").

2. I am fully familiar with the facts and circumstances set forth herein. This Declaration is based upon my personal knowledge and a review of the files maintained by Ostrolenk.

3. I submit this declaration in support of NSI's Motion for Partial Summary Judgment on Invalidity of the Patents in Suit under 35 U.S.C. § 102, 35 U.S.C. § 103 and/or 35 U.S.C. § 112.

4. Attached hereto as Exhibit 1 is a true and correct copy of United States Patent No. 5,502,989.

5. Attached hereto as Exhibit 2 is a true and correct copy of United States Patent No. 7,111,479.

{00980426.1}

6. Attached hereto as Exhibit 3 is a true and correct copy of United States Patent No. 7,100,403.

7. Attached hereto as Exhibit 4 is a true and correct copy of United States Patent No. 7,121,125.

8. Attached hereto as Exhibit 5 is a true and correct copy of a Table of Applications relating to the Patents in Suit as prepared by my firm

9. Attached hereto as Exhibit 6 is a true and correct copy of "Table 2," a table which provides a list of U.S. patents that have issued to Acco which are generally directed to its Microsaver products.

10. Attached hereto as Exhibit 7 is a true and correct copy of Sander U.S. Patent No. 3,785,183, along with images depicting a physical model embodying components thereof.

11. Attached hereto as Exhibit 8 is a true and correct copy of product marketing materials published for Kensington's Apple Security System.

12. Attached hereto as Exhibit 9 is a true and correct copy of Igelmund U.S. Patent No. 4,843,848.

13. Attached hereto as Exhibit 10 is a true and correct copy of Kurtzon U.S. Patent No. 2,172,208.

14. Attached hereto as Exhibit 11 is a true and correct copy of Japanese Patent Publication No. JP 57-179618.

15. Attached hereto as Exhibit 12 is a true and correct copy of Japanese Patent Publication No. JP 57-25092.

16. Attached hereto as Exhibit 13 is a true and correct copy of images depicting the Mac Portable Model 5120 computer and security slot found therein, including representative

images depicting that locks designed for operation with 3mm x 7mm security slots as working with a Mac Portable Model 5120 computer security slot measuring 3.3mm x 8.3mm. These images were prepared by my firm.

17. Attached hereto as Exhibit 14 is a true and correct copy of product documentation and images depicting the Lasso Lock product as prepared by my firm.

18. Attached hereto as Exhibit 15 is a true and correct copy of product documentation and images depicting the Acco Microsaver locking device, as prepared by my firm.

19. Attached hereto as Exhibit 16 is a true and correct copy of Schou U.S. Patent No. 1,470,937.

20. Attached hereto as Exhibit 17 is a true and correct copy of PCT Patent Publication No. WO 93/15295.

21. Attached hereto as Exhibit 18 is a true and correct copy of Igelmund U.S. Patent No. 6,227,017.

22. Attached hereto as Exhibit 19 are the pertinent pages of a Federal Circuit decision affirming the invalidity of the Acco U.S. Patent No. 6,006,557 in view of the Igelmund '017 patent.

23. Attached hereto as Exhibit 20 is a Validity Analysis Chart summarizing claim limitations of the '403 patent as met by select prior art references, prepared by my firm.

24. Attached hereto as Exhibit 21 is a Validity Analysis Chart summarizing claim limitations of the '125 patent as met by select prior art references, prepared by my firm.

25. Attached hereto as Exhibit 22 is a Validity Analysis Chart summarizing claim limitations of the '989 patent as met by select prior art references, prepared by my firm.

26. Attached hereto as Exhibit 23 is a Validity Analysis Chart summarizing claim limitations of the '479 patent as met by select prior art references, prepared by my firm.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: November 19, 2008
New York, New York

/s/ *Max Moskowitz*
Max Moskowitz (Admitted *Pro Hac Vice*)
Ostrolenk, Faber, Gerb & Soffen, LLP
1180 Avenue of the Americas
New York, NY 10036
Phone: 212-382-0700
mmoskowitz@ostrolenk.com

{00980426.1}